UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC L. BOOTHE,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES INC. and
ALFONSO DAVID,

    Defendants.

Case No. 15-cv-192-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Alfonso David and against plaintiff Eric L. Boothe on Count 1, a claim of deliberate indifference to Boothe's serious medical needs in violation of the Eighth Amendment, and that this claim is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:
- Count 1 against defendant Wexford Health Sources Inc., a claim of deliberate indifference to Boothe's serious medical needs in violation of the Eighth Amendment
- Count 2 against David for intentional infliction of emotional distress based on David's treatment of Boothe's hemorrhoid condition; and
- Count 3 against David for medical negligence based on David's treatment of Boothe's hemorrhoid condition.

**DATED:** September 28, 2016

JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**